**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TIM SEBASTIAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:07-CV-261 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |
| and ALLSTATE TEXAS LLOYD'S INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on May 9, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 28th day of June, 2007.

*Marcia A. Crone*
_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE